IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRABEL ORTIZ, | No. C 13-00460 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| THE PERMANENTE MEDICAL GROUP, INC., | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 8, 2013 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is December 20, 2013.

DESIGNATION OF EXPERTS: 2/24/14 ; REBUTTAL: n/a.
        Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is March 14, 2014.

DISPOSITIVE MOTIONS **SHALL** be filed by January 10, 2014;

        Opp. Due January 24, 2014;  Reply Due January 31, 2014;

         and set for hearing no later than February 14, 2014 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 8, 2014 at 3:30 PM.

COURT TRIAL DATE: April 21, 2014 at 8:30 AM.,
        Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be three days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to the Court's mediation program. The mediation shall occur at the end of October 2013.
Plaintiff voluntarily dismissed Cindy Lambdin from this case.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 6/18/13

SUSAN ILLSTON
United States District Judge