1  RAFAEL CRESPO, JR. (SBN 171661)
   Email: lawcrespo@sbcglobal.net
2  LAW OFFICES OF RAFAEL CRESPO, JR.
   354 Pine Street, 3rd Floor
3  Telephone: (415) 285-2063
   Facsimile: (415) 285-2088
4
5  Attorneys for Plaintiff Mirabel Ortiz

6  DAVID B. ANDERSON (SBN 273419)
   Email: dba@marionsinn.com
7  MARION'S INN LLP
   1611 Telegraph Ave., Suite 707
8  Oakland, CA 94612
   Telephone: (510) 451-6770
9  Facsimile: (510) 451-1711

10 Attorneys for Defendant
   The Permanente Medical Group, Inc.
11

12
                    UNITED STATES DISTRICT COURT
13
       NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION
14

15 MIRABEL ORTIZ,              )  No. C 13-00460 SI
                                )
16      Plaintiff,              )  STIPULATION TO DISMISS;
                                )  [PROPOSED] DISMISSAL ORDER
17      vs.                     )
                                )
18 THE PERMANENTE MEDICAL       )
   GROUP, INC.,                 )
19                              )
        Defendant.              )
20 _____)

21     Plaintiff Mirabel Ortiz and defendant The Permanente Medical Group, Inc. (together,

22 "the parties"), by and through their respective legal counsel, stipulate and agree that this action

23 shall be, and subject to the approval of this Court hereby is, dismissed with prejudice and

24 without costs or attorney fees to any party.

25 \\

26 \\

27 \\

28

STIPULATION TO DISMISS; DISMISSAL ORDER
No. C 13-00460 SI                                    1


All claims other than the fourth and eighth claims having previously been dismissed [*see*, ECF Doc. No. 21, at p. 12:21-22], the parties ask that this honorable Court enter an order dismissing this entire action with prejudice and without costs or attorney fees to any party.

Respectfully Submitted,

DATED: 10/15/13

LAW OFFICES OF RAFAEL CRESPO, JR.

By: *[signature]*

Rafael Crespo, Jr.

Attorneys for plaintiff Mirabel Ortiz

DATED: 10/17/2013

MARION'S INN LLP

By: /s/ *David B. Anderson*

David B. Anderson

Attorneys for defendant
The Permanente Medical Group, Inc.

**ORDER**

It is so ordered.

Dated: 10/21/13

*[signature: Susan Illston]*

United States District Judge

STIPULATION TO DISMISS; DISMISSAL ORDER
No. C 13-00460 SI              2