RAFAEL CRESPO, JR. (SBN 171661)
Email:  lawcrespo@sbcglobal.net
LAW OFFICES OF RAFAEL CRESPO, JR.
354 Pine Street, 3rd Floor
Telephone: (415) 285-2063
Facsimile: (415) 285-2088

Attorneys for Plaintiff Mirabel Ortiz

DAVID B. ANDERSON (SBN 273419)
Email: dba@marionsinn.com
MARION'S INN LLP
1611 Telegraph Ave., Suite 707
Oakland, CA 94612
Telephone: (510) 451-6770
Facsimile: (510) 451-1711

Attorneys for Defendant
The Permanente Medical Group, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MIRABEL ORTIZ, | ) | No. C 13-00460 SI |
| | ) | |
| Plaintiff, | ) | STIPULATION TO DISMISS; |
| | ) | [~~PROPOSED~~] DISMISSAL ORDER |
| vs. | ) | |
| | ) | |
| THE PERMANENTE MEDICAL | ) | |
| GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff Mirabel Ortiz and defendant The Permanente Medical Group, Inc. (together, "the parties"), by and through their respective legal counsel, stipulate and agree that this action shall be, and subject to the approval of this Court hereby is, dismissed with prejudice and without costs or attorney fees to any party.

\\

\\

\\

1       All claims other than the fourth and eighth claims having previously been dismissed [*see,*

2  ECF Doc. No. 21, at p. 12:21-22], the parties ask that this honorable Court enter an order

3  dismissing this entire action with prejudice and without costs or attorney fees to any party.

4

5       Respectfully Submitted,

6

7  DATED:                              LAW OFFICES OF RAFAEL CRESPO, JR.

8

9  10/15/13                       By:

10

11                                        Rafael Crespo, Jr.

12                                 Attorneys for plaintiff Mirabel Ortiz

13  DATED:  10/17/2013               MARION'S INN LLP

14

15                                By:    */s/ David B. Anderson*

16                                    David B. Anderson

17                                 Attorneys for defendant

18                                 The Permanente Medical Group, Inc.

19

20                            **ORDER**

21       It is so ordered.

22

23  Dated:   10/21/13

24

25                                 United States District Judge

26

27

28

STIPULATION TO DISMISS; DISMISSAL ORDER
No. C 13-00460 SI               2